UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-05168-JC | Date | July 23, 2025 |
|---|---|---|---|
| Title | Alejandra Gonzalez, et al. v. Ford Motor Company, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| none | none |

**Proceedings:**       (In Chambers)

### ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS AGAINST LAD-F, INC.

On December 18, 2024, Plaintiffs Alejandra Gonzalez and Eder Hernandez ("Plaintiffs") filed this civil action against Ford Motor Company ("Ford") and LAD-F, Inc. dba Ford of Downtown LA ("LAD-F") in Los Angeles County Superior Court ("Superior Court") Case No. 24STCV33471 ("State Case"). On February 7, 2025, Ford filed an Answer to the Complaint in the State Case. On February 5, 2025, LAD-F filed a demurrer in the State Case which the Superior Court sustained with leave to amend on April 23, 2025. Plaintiffs' deadline to amend expired without Plaintiffs filing an amended complaint. On June 6, 2025, Ford removed the State Case and thereby initiated the instant federal action. Notwithstanding the sustained demurrer, the docket includes LAD-F as a Defendant presumably because the original Complaint remains the operative pleading. On July 22, 2025, the parties filed a Joint Rule 26(f) Report in which Plaintiffs identify Ford as the only Defendant and Ford contends that LAD-F should be disregarded as a Defendant. (See Docket No. 12 at 3, 5).

In light of the foregoing, Plaintiffs are directed to show cause in writing by not later than **August 6, 2025**, why this action should not be dismissed as against LAD-F. Alternatively, in the event the parties agree that this action should be dismissed as against LAD-F, they may file a stipulation of dismissal of LAD-F by the foregoing deadline which will result in the voluntary dismissal of this action as against LAD-F without prejudice or need for further judicial action. See Fed. R. Civ. P. 41(a)(1)(A)(ii). **Plaintiffs are cautioned that the failure timely to respond to this Order to Show Cause may result in the dismissal of this action as against LAD-F based on Plaintiffs' failure to comply with the Order to Show Cause and/or Plaintiffs' failure to prosecute as against LAD-F.**

IT IS SO ORDERED.