# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRA GONZALEZ AND EDER HERNANDEZ,** | Case No.: 2:25-cv-05168-PD |
| Plaintiffs, | **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |
| vs. | |
| **FORD MOTOR COMPANY, a Delaware Corporation, and LAD-F, Inc., a California Stock Corporation DBA Ford of Downtown LA, and DOES 1 through 10, inclusive,** | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs ALEJANDRA GONZALEZ and EDER HERNANDEZ ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have

1

entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $13,000.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $13,000.00 to Plaintiffs within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

(3) That Plaintiffs' Motion for Attorney's Fees, Costs and Expenses [Dkt No. 28] and Motion for Costs and Expenses Pursuant to Federal Rule of Civil Procedure 54(d) [Dkt No. 29] are being taken off calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 01, 2026

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
Jacob Cutler (SBN 264988)
*jacobc@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,

ALEJANDRA GONZALEZ and
EDER HERNANDEZ

ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES